In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-397 CR


____________________




EX PARTE BILLIE WARREN SMITH







On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CR 26047






 MEMORANDUM OPINION 


 This appeal arises from an application for writ of habeas corpus which sought a
reduction in the amount set for the appellant's pretrial bail. The appellant subsequently
suggested that the appeal has been mooted by his guilty plea and filed an unopposed motion
to dismiss the appeal as moot. The State does not challenge the appellant's assertion that
subsequent developments in the case render the appeal moot. See Bennett v. State, 818
S.W.2d 199 (Tex. App.-Houston [14th Dist.] 1991, no pet.). Accordingly, the appeal is
dismissed.

 APPEAL DISMISSED.


 ____________________________

 CHARLES KREGER

 Justice



Opinion Delivered November 29, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.